# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

BYRON GRAY                                                DOCKET NUMBER:   4:23-cv-00152

    Plaintiff

VS.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY

    Defendant                                                UNDER TITLE: 1332 Diversity Jurisdiction

## NOTICE OF SETTLEMENT

    The undersigned, Dennis D. Spurling, hereby advises the Court that a settlement agreement has been reached as to all parties. This case has been resolved in full. This Notice is provided for the convenience of the Court.

Respectfully submitted:

DENNIS SPURLING PLLC

*/s/Dennis D. Spurling*

Dennis D. Spurling
Texas Bar Roll No. 24053909
Southern District of Texas No.: 718307
3003 South Loop West, Suite 400
Houston Texas 77054
Telephone: (713) 229-0770
Facsimile: (713) 229-8444
ddspurling@dennisspurling.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of February, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

- 1 -